

JUDGE COAR

**08 CR 540**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



FILED
JUL 0 9 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN

### ARRAIGNMENT SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)           ☐ Income Tax Fraud .......... (II)         ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)                X Postal Fraud ............... (II)         ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery .......... (II)           ☐ Other Fraud ............... (III)        ☐ Immigration Laws .............. (IV)
   ☐ Post Office Robbery ...... (II)        ☐ Auto Theft ................ (IV)         ☐ Liquor, Internal Revenue Laws ...... (IV)
   ☐ Other Robbery .......... (II)          ☐ Transporting Forged Securities ... (III) ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ................. (III)        ☐ Forgery .................... (III)       ☐ Motor Carrier Act ............... (IV)
   ☐ Burglary ................ (IV)         ☐ Counterfeiting ............. (III)       ☐ Selective Service Act .......... (IV)
   ☐ Larceny and Theft ....... (IV)         ☐ Sex Offenses ............... (II)        ☐ Obscene Mail .................. (III)
   ☐ Postal Embezzlement ..... (IV)         ☐ DAPCA Marijuana ........... (III)        ☐ Other Federal Statutes ......... (III)
   ☐ Other Embezzlement ..... (III)         ☐ DAPCA Narcotics ........... (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 USC § 1341
    18 USC § 1343

    _____
    STEPHEN L. HEINZE
    Assistant United States Attorneys

(Revised 12/99)